**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jaime Leonel DE LA ROCA–HERR-
ERA, a/k/a Jaime L. De La Roca,
Jaime Leonel De Laroca, Jaime Leo-
nel Laroca, Jaime Delaroca and Jai-
melionel Delaroca, Defendant—Appel-
lant.**

No. 04–50446.

United States Court of Appeals,
Ninth Circuit.

Submitted July 13, 2005.*

Decided July 15, 2005.

Jeffrey Backhus, Esq., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Michael Tanaka, Esq., Federal Public Defender's Office, Los Angeles, CA, for Defendant–Appellant.

Before: REINHARDT, KOZINSKI, and BERZON, Circuit Judges.

MEMORANDUM **

De La Roca–Herrera argues that the district court violated his Sixth Amendment right to confrontation by allowing hearsay evidence contained in the warrant of deportation without a showing of unavailability or a prior opportunity for cross-examination. This issue has been resolved in *United States v. Bahena–Cardenas*, 411

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

F.3d 1067 (9th Cir.2005), in which the defendant's argument was rejected. *Id.* at 1074–76.

De La Roca–Herrera argued below that he should be sentenced at the court's discretion because *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004), invalidated the sentencing guidelines. This argument was sufficient to preserve the issue for appeal. Accordingly, pursuant to *United States v. Booker,* —— U.S. ——, ——, 125 S.Ct. 738, 769, 160 L.Ed.2d 621 (2005), we vacate the defendant's sentence and remand for resentencing.

**CONVICTION AFFIRMED; SENTENCE VACATED AND REMANDED FOR RESENTENCING.**

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

